AO 240A

# UNITED STATES DISTRICT COURT
## District of New Jersey

JOHN D. HORTON
        Plaintiff

V.

ROSS UNIVERSITY SCHOOL OF MEDICINE
        Defendant

ORDER ON APPLICATION
TO PROCEED WITHOUT
PREPAYMENT OF FEES

Case Number: 04-5658 (JAG)

Having considered the application to proceed without prepayment of fees under 28 U.S.C.§ 1915;

IT IS ORDERED that the application is:

☒ GRANTED, and

☒ The clerk is directed to file the complaint, and

☐ IT IS FURTHER ORDERED that the clerk issue summons and the United States Marshal serve a copy of the complaint, summons and this order upon the defendant(s) as directed by the plaintiff. All costs of service shall be advanced by the United States.

☐ DENIED, for the following reasons:

ENTER this 22nd day of November, 2004

Signature of Judicial Officer

JOSEPH A. GREENAWAY, JR., U.S.D.J.
Name and title of Judicial Officer