```
                                    UNITED STATES DISTRICT COURT
                                      DISTRICT OF NEW JERSEY


                                     Civil Action No. 04-5658
JOHN D. HORTON            :          (Hon. Joseph A. Greenaway, Jr.)
                          :
        Plaintiff,        :
                          :          SCHEDULING ORDER
ROSS UNIVERSITY SCHOOL    :
OF MEDICINE,et al         :
                          :
        Defendant,        :
                          :
```

This matter having come before the Court for a rule 16 scheduling conference; and good cause appearing;

It is on this 7th day of February, 2005

ORDERED:

1) All discovery shall be completed by June 15, 2005.

2) There will be a final status conference on June 24, 2005 at 3:00 p.m.


                              S/   G. DONALD HANEKE
                              UNITED STATES MAGISTRATE JUDGE