UNITED STATES DISTRICT COURT
                               DISTRICT OF NEW JERSEY

                                Civil Action No. 04-5658
JOHN D. HORTON          :      (Hon. Joseph A. Greenaway, Jr.)
                        :
        Plaintiff,      :
                        :      AMENDED SCHEDULING ORDER
        v.              :
                        :
ROSS UNIVERSITY SCHOOL  :
OF MEDICINE, et al      :
                        :
        Defendant,      :
                        :


        This matter having come on for a
status conference on June 24, 2005; and plaintiff having failed,
for the second time, to appear at a scheduled conference; and
good cause appearing;

        It is on this 27th day of June, 2005

        ORDERED:

        1) Pursuant to the Court's February 7, 2005 order,
           discovery is now closed.

        2) The defense shall file its dispositive motion
           by August 15, 2005.




           S/   G. DONALD HANEKE
        UNITED STATES MAGISTRATE JUDGE