**LINDABURY, McCORMICK & ESTABROOK**
A Professional Corporation
53 Cardinal Drive
P.O. Box 2369
Westfield, New Jersey 07091
(908) 233-6800
**Attorneys for Defendants**

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

|  |  |
|---|---|
| JOHN D. HORTON, | Civil Action No. 04-5658(JAG) |
| Plaintiff, |  |
| vs. |  |
| ROSS UNIVERSITY SCHOOL OF MEDICINE, JORGE RIOS and MICHELLE FRIED | **ORDER** |
| Defendants. |  |

**THIS MATTER** having been opened to the Court by Lindabury, McCormick & Estabrook, attorneys for the Defendants Ross University School of Medicine, Jorge Rios and Michelle Fried, on notice to Plaintiff John D. Horton for an Order compelling the Department of Veterans Affairs Medical Center located at 3900 Woodland Avenue, Philadelphia, Pennsylvania to produce Plaintiff John D. Horton's employment records;

**IT IS** on this _28th_ day of June, 2005,

324381v1/PHM

**ORDERED** that:

The Department of Veterans Affairs Medical Center located at 3900 Woodland Avenue, Philadelphia, Pennsylvania produce Plaintiff John D. Horton's employment records, including but not limited to John D. Horton's Official Personnel File/Folder and his "Standard Form 50 Notification of Personnel Action" at the law offices of Lindabury, McCormick & Estabrook, within ten (10) days of the date of this Order;

A true copy of this Order shall and hereby be served upon the Plaintiff and the Department of Veterans Affairs Medical Center located at 3900 Woodland Avenue, Philadelphia, Pennsylvania within ten (10) days of receipt hereof.

_____
United States Magistrate Judge Donald G. Haneke