# EXHIBIT 5

Westlaw.

02-CR-4-ALL                                                        Page 1

TO ORDER COPIES OF ANY DOCUMENTS LISTED BELOW, CALL WEST DOCUMENT RETRIEVAL
      1-877-DOC-RETR (1-877-362-7387) (Additional Charges Apply).


                 **This docket is current through 07/09/2003**


          For an updated version of this docket, click UPDATE



Court:                    U.S.   DISTRICT   COURT   EASTERN   DISTRICT   OF
                          NORTH CAROLINA (RALEIGH)


Case Title:               USA v. HORTON


Case:                     02-CR-4-ALL


Judge:                    JUDGE MALCOLM J. HOWARD


Date Filed:               01/08/2002


Notes:                    OTHER DKT # 5:01-M -00617

                             SUMMARY


Case Number:              5:02CR00004


          © 2005 Thomson/West. No Claim to Orig. U.S. Govt. Works.

02-CR-4-ALL                                                    Page 2

NAMES

| | |
|---|---|
| **Defendant:** | JOHN D. HORTON (1) |
| **Attorney(s):** | JAMES A. MARTIN, ASST. FED. PUB. DEF. |
| | 150 FAYETTEVILLE ST. MALL |
| | SUITE 450 |
| | 919-856-4236 |
| | FTS 856-4477 |
| | RALEIGH, NC 27601 |

| **Pending Counts:** | **Disposition:** |
|---|---|
| 18:1361.M   GOVERNMENT PROPERTY OR CONTRACTS <= $100 [ 5:01-M -617 ] (1) | CT. 1 - $15 RESTITUTION, $25 SA, 30 DAYS BOP CT. 2 - $10 SA, 10 DAYS IN BOP - SUSPENDED SENTENCE [ 5:01-M -617 ] (1) |
| 18:13-9999.P, NCGS 14-223 FEDERAL STATUTES, OTHER [ 5:01-M -617 ] (4) | DISMISSED [ 5:01-M -617 ] (4) |
| 18:13-7220.P   TRAFFIC OFFENSES, OTHER, CT.2-NO REGISTRATION,   NCGS 20-57(c), CT.3-NO LICENSE, NCGS 20-7(a), CT.5-PROFANE LANGUAGE ON HIGHWAY, NCGS 14- 197 [ 5:01-M -617 ] (5) | CT. 1 - $15 RESTITUTION, $25 SA, 30 DAYS BOP CT. 2 - $10 SA, 10 DAYS IN BOP - SUSPENDED SENTENCE [ 5:01-M -617 ] (5) |
| 18:701.P MILITARY-BADGES ID CARDS, OTHER INSIGNIA [ 5:01-M -617 ] (6) | |
| 18:1382.P   ENTERING MILITARY/NAVAL/COAST GUARD PROPERTY   [   5:01-M -617 ] (7) | |
| **Offense Level (opening):** | (OPENING): 3 |

© 2005 Thomson/West. No Claim to Orig. U.S. Govt. Works.

02-CR-4-ALL                                                    Page 3

**Terminated Counts:**          **Disposition:**

18:13-7220.P     TRAFFIC        DISMISSED [ 5:01-M -617 ] (2 - 3)
OFFENSES,  OTHER,   CT.2-NO
REGISTRATION,        NCGS
20-57(c),  CT.3-NO  LICENSE,
NCGS  20-7(a),  CT.5-PROFANE
LANGUAGE  ON  HIGHWAY,  NCGS
14- 197 [ 5:01-M -617 ] (2
- 3)

**Complaints:**                 **Disposition:**


NONE

**Plaintiff:**                  UNITED STATES OF AMERICA

**Attorney(s):**                ANNE HAYES, ASST. U.S. ATTORNEY

                                310 NEW BERN AVE.

                                SUITE 800

                                919-856-4305

                                FTS 856-4821

                                RALEIGH, NC 27601-1461


                        DOCKET PROCEEDINGS


**Entry#:**      **Date:**      **Description:**


51           07/03/2003        ORDER AS TO JOHN D. HORTON - THE COUT DISMISSES
                               THIS MATTER FOR FAILURE TO PROSECUTE PURSUANT TO
                               LOCAL RULE 45. ( SIGNED BY PATRICIA CONNOR, CLERK
                               U.S. COURT OF APPEALS) [DATE ENTERED: 07/03/03, BY:
                               MS]


                        Order Document for Later Delivery

® 2005 Thomson/West. No Claim to Orig. U.S. Govt. Works.

02-CR-4-ALL                                                          Page 4

--          04/04/2003    TRANSMITTED RECORD ON APPEAL TO U.S. COURT OF
                          APPEALS AS TO JOHN D. HORTON : [40-1] APPEAL,
                          [39-1] APPEAL, [33-1] APPEAL - CONSISTING OF 3
                          VOLUMES. [DATE ENTERED: 04/04/03, BY: MS]


                          Order Document for Later Delivery


50          04/04/2003    ORDER AS TO JOHN D. HORTON - THE COURT RELIEVES
                          APPELLANT'S COURT APPOINTED COUNSEL, GEOFFREY
                          HOSFORD FROM THE OBLIGATION OF FURTHER LEGAL
                          REPRESENTATION OF APPELLANT IN THIS APPEAL. (
                          SIGNED BY PATRICIA CONNOR, CLERK U.S. COURTOF
                          APPEALS) [DATE ENTERED: 04/04/03, BY: MS]


                          Order Document for Later Delivery


--          03/04/2003    CERTIFICATE TO USCA AND COUNSEL AS TO JOHN D.
                          HORTON RE: [40-1] APPEAL CERTIFYING THAT THE RECORD
                          IN THIS CASE IS COMPLETE FOR PURPOSES OF THE
                          APPEAL. CY. TO JUDGE HOWARD [DATE ENTERED:
                          03/04/03, BY: MS]


                          Order Document for Later Delivery


49          09/27/2002    ORDER AS TO JOHN D. HORTON DENYING [47-1] MOTION TO
                          REOPEN THE CASE AND DELARE A MISTRIAL BASED ON THE
                          TRIAL COURT'S LACK OF PETSONAL AND SUBJECT MATTER
                          JURISDICTION AS TO JOHN D. HORTON (1) ( SIGNED BY
                          JUDGE MALCOLM J. HOWARD OB REF:U.S. DISTRICT JUDGE)
                          [DATE ENTERED: 10/01/02, BY: MS]


                          Order Document for Later Delivery

® 2005 Thomson/West. No Claim to Orig. U.S. Govt. Works.

02-CR-4-ALL                                                    Page 5

48          09/05/2002       RESPONSE BY USA AS TO JOHN D. HORTON IN OPPOSITION
                             TO [47-1] MOTION TO REOPEN THE CASE AND DELARE A
                             MISTRIAL  BASED  ON  THE  TRIAL  COURT'S  LACK  OF
                             PETSONAL AND SUBJECT MATTER JURISDICTION - LC JUDGE
                             HOWARD. [DATE ENTERED: 09/23/02, BY: MS]


                             Order Document for Later Delivery


--          07/02/2002       CERTIFICATE  TO  USCA  AND  COUNSEL  AS  TO  JOHN  D.
                             HORTON RE: CERTIFYING THAT THE RECORD IN THIS CASE
                             IS COMPLETE FOR PURPOSES OF THE APPEAL. CY. TO
                             JUDGE HOWARD [DATE ENTERED: 07/02/02, BY: MS]


                             Order Document for Later Delivery


--          06/26/2002       RECORD ON APPEAL AS TO JOHN D. HORTON RETURNED FROM
                             U.S. COURT OF APPEALS: - CONSISTING OF 3 VOLUMES.
                             [DATE ENTERED: 07/02/02, BY: MS]


                             Order Document for Later Delivery


46          06/24/2002       ORDER AS TO JOHN D. HORTON - 02-4131 - THE COURT
                             RELIEVES  THE  FEDERAL  PUBLIC  DEFENDER  FROM  THE
                             OBLIGATION  OF  FURTHER  LEGAL  REPRESENTATION  OF
                             APPELLANT  IN  THIS  APPEAL.  THE  COURT  APPOINTS
                             GEOFFREY HOSFORD OF WILMINGTON, NORTHCAROLINA AS
                             NEW  COUNSEL  FOR  APPELLANT  PURSUANT  TO  THE
                             PROVISIONS OF THE CRIMINAL JUSTICE ACT.(PATRICIA
                             CONNOR, CLERK U.S. COURT OF APPEALS) [DATE ENTERED:
                             06/24/02, BY: MS]


                             Order Document for Later Delivery


--          06/20/2002       TRANSMITTED  RECORD  ON  APPEAL  TO  U.S.  COURT  OF
                             APPEALS AS TO JOHN D. HORTON : [40-1] APPEAL -
                             CONSISTING OF 4 VOLUMES. [DATE ENTERED: 06/20/02,
                             BY: MS]

© 2005 Thomson/West. No Claim to Orig. U.S. Govt. Works.

02-CR-4-ALL                                                    Page 6

Order Document for Later Delivery


47          06/17/2002    MOTION BY JOHN D. HORTON TO REOPEN THE CASE AND
                          DELARE A MISTRIAL BASED ON THE TRIAL COURT'S LACK
                          OF PERSONAL AND SUBJECT MATTER JURISDICTION - LC
                          JUDGE HOWARD BY MEMO. [DATE ENTERED: 08/06/02, BY:
                          MS]


Order Document for Later Delivery


45          06/14/2002    JUDGMENT OF USCA (CERTIFIED COPY) AS TO JOHN D.
                          HORTON RE: [10-1] APPEAL AFFIRMING JUDGMENT/ORDER
                          [DATE ENTERED: 06/20/02, BY: MS]


Order Document for Later Delivery


--          06/14/2002    RECORD ON APPEAL AS TO JOHN D. HORTON RETURNED FROM
                          U.S.   COURT   OF   APPEALS:   (5:01-MG-617-WEB)   -
                          CONSISTING OF 1 VOLUME. [DATE ENTERED: 06/20/02,
                          BY: MS]


Order Document for Later Delivery


44          06/05/2002    ORDER AS TO JOHN D. HORTON - THE COURT DENIES THE
                          PETITION   FOR   REHEARING.   (  SIGNED   BY   PATRICIA
                          CONNOR, CLERK U.S. COURT OF APPEALS) [DATE ENTERED:
                          06/17/02, BY: MS]


Order Document for Later Delivery


© 2005 Thomson/West. No Claim to Orig. U.S. Govt. Works.

02-CR-4-ALL                                                    Page 7

--          05/14/2002    TRANSCRIPT FILED AS TO JOHN D. HORTON FOR HEARING
                          ON BENCH TRIAL AT FAYETTEVILLE, NC - JANUARY 8,
                          2002 BEFORE MAGISTRATE WILLIAM A. WEBB VOLUME 1 OF
                          1, PAGES 1- 136 COURT REPORTER WILLIAMS REPORTING
                          SERVICE(RE:    [40-1]APPEAL,    [5-1]    INTERLOCUTORY
                          APPEAL ) [DATE ENTERED: 05/28/02, BY: MS]


                          Order Document for Later Delivery


43          04/29/2002    OPINION FROM USCA RE: [10-1] APPEAL - AFFIRMED BY
                          UNPUBLISHED PER CURIAM OPINION. LC JUDGE HOWARD.
                          [DATE ENTERED: 05/14/02, BY: MS]


                          Order Document for Later Delivery


--          04/01/2002    TRANSCRIPT FILED AS TO JOHN D. HORTON FOR HEARING
                          ON APPEAL OF JUDGMENT-FEBRUARY 4, 2002 BEFORE JUDGE
                          MALCOLM J.HOWARD - VOLUME 1 OF 1, PAGES 1- 18 COURT
                          REPORTER EDITH THOMPSON (RE: ) [DATE ENTERED:
                          04/03/02, BY: MS]


                          Order Document for Later Delivery


--          03/12/2002    TRANSMITTED RECORD ON APPEAL TO U.S. COURT OF
                          APPEALS AS TO JOHN D. HORTON : [33-1] APPEAL,
                          [10-1]    APPEAL,    [5-1]    INTERLOCUTORY    APPEAL    -
                          CONSISTING OF ITEMS 1 - 32 OF (5:01-M-617-01-WEB)
                          [DATE ENTERED: 03/12/02, BY: MS]


                          Order Document for Later Delivery


42          02/22/2002    ORDER AS TO JOHN D. HORTON - THE COURT APPOINTS THE
                          FEDERAL PUBLIC DEFENDER AT RALEIGH, NC AS COUNSEL
                          TO REPRESENT APPELLANT IN THIS CASE. ( SIGNED BY
                          PATRICIA CONNOR, CLERK U.S. COURT OF APPEALS) [DATE
                          ENTERED: 02/22/02, BY: MS]

© 2005 Thomson/West. No Claim to Orig. U.S. Govt. Works.

02-CR-4-ALL                                                              Page 8

Order Document for Later Delivery

--              02/22/2002      NOTICE OF DOCKETING ROA FROM USCA AS TO JOHN D.
                                HORTON RE: [39-1] APPEAL USCA NUMBER: 02-4131 CASE
                                MANAGER: JOY HARGETT [DATE ENTERED: 02/22/02, BY:
                                MS]

Order Document for Later Delivery

41              02/15/2002      (5-01-MG-617) ORDER  AS  TO  JOHN  D.  HORTON
                                APPELLANT'S COUNSEL HAS FILED A MOTION TO WITHDRAW
                                FROM FURTHER REPRESENTATION OF APPELLANT ON APPEAL.
                                THE COURT GRANTS THE MOTION TO WITHDRAW. ( SIGNED
                                BY PATRICIA CONNOR, CLERK U.S.COURT OF APPEALS)
                                [DATE ENTERED: 03/12/02, BY: MS]

Order Document for Later Delivery

40              02/13/2002      NOTICE OF  APPEAL  BY  JOHN  D.  HORTON  (1)
                                COUNT(S)5,6,7 [DATE ENTERED: 03/11/02, BY: ST]

Order Document for Later Delivery

--              02/13/2002      NOTICE OF APPELLATE ACTION AS TO JOHN D. HORTON
                                SENT TO USCA AND COUNSEL RE: [39-1] APPEAL APPEAL
                                PKG. MAILED CONSISTING OF TRANSCRIPT ORDER FORM,
                                DKTING STATEMENT, TRANSM. SHEET AND INDEX [DATE
                                ENTERED: 02/13/02, BY: MS]

Order Document for Later Delivery

39              02/07/2002      NOTICE OF APPEAL BY JOHN D. HORTON (1) COUNT(S) 5,
                                6, 7 - LC 4TH CIRCUIT COURT OF APPEALS, LC JUDGE
                                HOWARD, LCU.S. ATTY., LC FEDERAL PUBLIC DEFENDER.
                                [DATE ENTERED: 02/13/02, BY: MS]

© 2005 Thomson/West. No Claim to Orig. U.S. Govt. Works.

02-CR-4-ALL                                                         Page 9

Order Document for Later Delivery

38            02/07/2002    ORDER AS TO JOHN D. HORTON, REAFFIRMING THE
                            MAGISTRATE/JUDGE'S DECISION OF THE CONVICTION AND
                            SENTENCE IN THIS CASE ( SIGNED BY JUDGE HOWARD OB
                            REF: #34, P.104 CYS DIST) [DATE ENTERED: 02/07/02,
                            BY: JH]

Order Document for Later Delivery

--            02/06/2002    MOTION HEARING HELD AS TO JOHN D. HORTON RE:APPEAL
                            OF JUDGMENT AND CONVICTION - COURT REPORTER: EDITH
                            THOMPSON IN GREENVILLE BEFORE JUDGE HOWARD - DEFT
                            PRESENT W/COUNSEL JAMES MARTIN - THE COURT DENIES
                            DEFTS MTN TO WITHDRAW ATTYMARTIN. ARGUMENTS BY
                            DEFENSE & GOVT AND THE COURT REAFFIRMS THE
                            MAG/JUDGE ORDER AND REMAND THE DEFT TO CUTODY OF
                            USM TO COMPLETE THE IMPOSITION OF SENT. - WRITTEN
                            ORDER TO FOLLOW BY THE COURT [DATE ENTERED:
                            02/07/02, BY: JH]

Order Document for Later Delivery

37            01/31/2002    ORDER AS TO JOHN D. HORTON DENYING [35-1] MOTION
                            FOR JAMES MARTIN TO WITHDRAW AS ATTORNEY AS TO JOHN
                            D. HORTON (1) ( SIGNED BY JUDGE HOWARD OB REF: 34,
                            PG. 78, CYS DIST.) [DATE ENTERED: 02/01/02, BY: AB]

Order Document for Later Delivery

36            01/31/2002    RENEWED MOTION BY JOHN D. HORTON FOR JAMES MARTIN
                            TO WITHDRAW AS ATTORNEY [DATE ENTERED: 01/31/02,
                            BY: JH]

Order Document for Later Delivery

© 2005 Thomson/West. No Claim to Orig. U.S. Govt. Works.

35        01/25/2002     ORDER AS TO JOHN D. HORTON DENYING [33-1] MOTION
                         FOR JAMES (TONY) MARTIN TO WITHDRAW AS ATTORNEY AS
                         TO JOHN D. HORTON (1) ( SIGNED BY JUDGE HOWARD OB
                         REF: #34, P.50 CYS DIST) [DATE ENTERED: 01/30/02,
                         BY: JH]


                         Order Document for Later Delivery


--        01/22/2002     ISSUED NOTICE TO APPEAR AS TO JOHN D. HORTON :
                         MOTION HEARING BEFORE JUDGE MALCOLM J. HOWARD SET
                         FOR 2 :00 2/4/02 AS TO:HEARING ON APPEAL OF
                         JUDGMENT AND COMMITMENT ENTERED FROM MAG/JUDGE CASE
                         TO A DISTRICT COURT JUDGE [DATE ENTERED: 01/22/02,
                         BY: AB]


                         Order Document for Later Delivery


34        01/18/2002     MOTION BY JOHN D. HORTON FOR JAMES (TONY) MARTIN TO
                         WITHDRAW AS ATTORNEY - C: FAXED TO JUDGE HOWARD W/
                         PROP. ORDER. [DATE ENTERED: 01/22/02, BY: AB]


                         Order Document for Later Delivery


--        01/15/2002     DEADLINE UPDATED AS TO JOHN D. HORTON, SET
                         SENTENCING (APPEAL FROM MAG/JUDGE WEBB -
                         JUDGMENT)BEFORE JUDGE MALCOLM J. HOWARD FOR 10:00
                         2/4/02 FOR JOHN D. HORTON [DATE ENTERED: 01/15/02,
                         BY: JH]


                         Order Document for Later Delivery


27        12/11/2001     ORDER AS TO JOHN D. HORTON DENYING [5-1] DISCOVERY
                         REQUESTED AS TO JOHN D. HORTON (1) ( SIGNED BY USMJ
                         WEBB OB REF: MISC OB 15, P.152) CYS DIST [ 5:01-M
                         -617 ] [DATE ENTERED: 12/11/01, BY: ST]

© 2005 Thomson/West. No Claim to Orig. U.S. Govt. Works.

02-CR-4-ALL                                                        Page 11

Order Document for Later Delivery

24            12/10/2001        REQUEST FOR DISCOVERY BY JOHN D. HORTON  [ 5:01-M
                                -617 ]  [DATE ENTERED: 12/11/01, BY: ST]


                                Order Document for Later Delivery


19            12/05/2001        ORDER APPOINTING FEDERAL PUBLIC DEFENDER FOR JOHN
                                D. HORTON, CYS DIST [ 5:01-M -617 ]  [DATE ENTERED:
                                12/06/01, BY: ST]


                                Order Document for Later Delivery


--            12/05/2001        CJA 23 FINANCIAL AFFIDAVIT BY JOHN D. HORTON  [
                                5:01-M -617 ]  [DATE ENTERED: 12/06/01, BY: ST]


                                Order Document for Later Delivery


10            11/26/2001        SECOND INTERLOCUTORY NOTICE OF APPEAL BY JOHN D.
                                HORTON (1) COUNT(S) 1, 2-3, 4, 5, 6, 7 - LC JUDGE
                                DENSON, LC U.S. ATTY., LC MR. HORTON. [ 5:01-M -617
                                ]  [DATE ENTERED: 12/07/01, BY: MS]


                                Order Document for Later Delivery


--            11/26/2001        NOTICE OF APPELLATE ACTION AS TO JOHN D. HORTON
                                SENT TO USCA AND COUNSEL RE: [2-1] INTERLOCUTORY
                                APPEAL APPEAL PKG. MAILED CONSISTING OF IFP LETTER
                                , IFP FORM, TRANSM. SHEET AND INDEX[ 5:01-M -617 ]
                                [DATE ENTERED: 11/26/01, BY: MS]


                                Order Document for Later Delivery

© 2005 Thomson/West. No Claim to Orig. U.S. Govt. Works.

02-CR-4-ALL                                                      Page 12

```
--           11/20/2001   ISSUED NOTICE TO APPEAR AS TO JOHN D. HORTON : SET
                          INITIAL APPEARANCE BEFORE USMJ ALEXANDER B. DENSON
                          FOR 9:00 12/4/01 FOR JOHN D. HORTON [ 5:01-M -617 ]
                          [DATE ENTERED: 11/20/01, BY: ST]



                          Order Document for Later Delivery



9            11/20/2001   INFORMATION AS TO JOHN D. HORTON (1) COUNT(S) 2-3,
                          5, 1, 4, 6, 7 [ 5:01-M -617 ] [DATE ENTERED:
                          11/20/01, BY: ST]



                          Order Document for Later Delivery



8            11/16/2001   MOTION BY USA AS TO JOHN D. HORTON TO BE HEARD IN
                          RESPONSE TO DEFENDANT'S MOTION TO DISMISS [DATE
                          ENTERED: 03/11/02, BY: ST]



                          Order Document for Later Delivery



5            11/08/2001   NOTICE OF INTERLOCUTORY APPEAL BY JOHN D. HORTON RE
                          I -CITATION ISSUED ON AUGUST 23, 2001 AT POP AIR
                          FORCE BASE - LC 4TH CIRCUIT COURT OF APPEALS, LC
                          JUDGE DENSON, LC U.S. ATTY., LC MR. HORTON [ 5:01-M
                          -617 ] [DATE ENTERED: 11/26/01, BY: MS]



                          Order Document for Later Delivery



2            09/25/2001   MOTION BY JOHN D. HORTON TO COMPEL, AND TO DISMISS
                          [DATE ENTERED: 03/11/02, BY: ST]



                          Order Document for Later Delivery
```

© 2005 Thomson/West. No Claim to Orig. U.S. Govt. Works.

02-CR-4-ALL                                                    Page 13

```
--          09/24/2001     DEFT.'S NOTICE OF ADDRESS TO CVB BY JOHN D. HORTON
                           [ 5:01-M -617 ] [DATE ENTERED: 12/14/01, BY: ST]


                           Order Document for Later Delivery


1           08/28/2001     REQUEST FOR DISCOVERY BY JOHN D. HORTON [DATE
                           ENTERED: 03/11/02, BY: ]


                           Order Document for Later Delivery


--          08/28/2001     AT THIS POINT, THERE HAS BEEN NO CHARGING·DOCUMENT
                           FILED AS TO JOHN D. HORTON [DATE ENTERED: 03/11/02,
                           BY: ST]


                           Order Document for Later Delivery
```

TO ORDER COPIES OF ANY DOCUMENTS LISTED ABOVE, CALL WEST DOCUMENT RETRIEVAL
1-877-DOC-RETR (1-877-362-7387) (Additional Charges Apply).

END OF DOCUMENT

® 2005 Thomson/West. No Claim to Orig. U.S. Govt. Works.

# EXHIBIT 6







By HigherEdJobs.com
**Job seekers login here!**

⬜ Post your Resume/Vita
⬜ Email Job Notification
⬜ Track Applications
⬜ Email Your Resume

**KEY LINKS**
Return to Home
How to Advertise
Invoice Payments

**SEARCH POSITIONS**
Administrative Positions
Executive Positions
Faculty Positions
Community College
Part-Time / Adjunct
By State
By Institution
Advanced Search

**POST POSITIONS**
Post a Position
Unlimited Postings
FAQ

**BUSINESS INFO**
About Us
Contact Us
Privacy Policy
Copyright

**INSIDER UPDATE**
Register for Updates

 

✉ **Email to a Friend!**          🖨 **Print th**

## Ross University School of Medicine
### Library Director - Medical

Application Due: 5/31/2003
Posted: 04/07/2003
Location: Dominica
Type: Full Time
Salary: 70,000 USD Per Year



Ross University

Founded in 1978 and located on the beautiful Caribbean island of Dominica, Ross Ur
School of Medicine has worked closely with leading consultants on medical educatior
than 20 years, to develop an educational program equal in scope and quality to progr
offered by United States medical schools. The excellence of the program is attested t
fact that major United States RUSM-affiliated teaching hospitals welcome our student
medical clerks, and RUSM graduates as medical residents. In addition, Ross Univers
received multiple state approvals, from Florida, California, New York, and New Jersey
attesting to the quality of the program.

Position: Library Director
The Ross University School of Medicine, seeks an experienced, enthusiastic, flexible
service oriented librarian for the position of Library Director of the Anne Ross Library
Learning Resource Center.

Essential responsibilities include developing user-centered service programs; identify
managing print and non-print resources that support the university's teaching mission
promoting the use of technology to enhance library operations, expand services and i
teaching; developing and evaluating formal and informal instruction related to the acc
management of biomedical information; improving the skills and capabilities of staff; a
managing the budget and revenue-generating services.

Requirements:
* ALA accredited MLS
* 5 to 8 years' professional experience in an academic research or medical school libr
setting required.
* 3 to 5 years' experience supervising professionals librarians and/or library support s
* Awareness of trends in electronic and digital resources and the impact of technolog
libraries.
* Experience with current and development information services in academic medicin
* Strong service orientation; commitment to developing student-centered services; ex

0007

verbal, communication, presentation and writing skills; effective teaching, platform an·
advanced computing skills.
* Experience living and/or working overseas would be a plus.
* Membership in the Academy of Health Information professionals preferred.

The Anne Ross Library occupies a 16,000 sq. ft. building featuring a large service are
computer labs with 60 Internet-accessible workstations, an eight-station Slice of Life l
group study rooms, faculty multimedia room, faculty conference room, two large read
and staff work space.

The collection features 130 current journal subscriptions, more than 5000current textt
other monographs, 180 audiovisual titles and 90multimedia programs. The library use
DOCLINE and ISI for interlibrary loan and document delivery.

The library recently automated key library functions and developed a
Web-based catalog, using EOS International's Q series. The library
subscribes to EBSCOhost Electronic Journals Service, EBSCOhost Databases(MEDI
Cochrane Collection, Health Source - Consumer Edition, Psychology and Behavioral
full-text collection), AccessMedicine and UptoDate.

Salary and benefits: Competitive annual salary - potentially tax-free; relocation assist
and from the island of Dominica, deferred pension program and medical benefits. 20 ·
paid annual leave is provided along with opportunities professional development.

Visit us on the web at www.rossmed.edu

### Apply for this position with eSearchManager

## Apply To

| | |
|---|---|
| **Mail:** | Christine Holmberg |
| | Ross University Medical School |
| | Human Resources |
| | 499 Thornall Street |
| | 10th Floor |
| | Edison, NJ 08837 |
| **Phone:** | 732-978-5300 x2633 |
| **Fax:** | 732-978-5311 |
| **TDD:** | NA |
| **Online App:** | NA |
| **Via Email:** | cholmberg@rossmed.edu |

*Ross University is an equal opportunity employer. Equal employment has been and continues to be both Company
practice. Ross¡¦s policy of equal employment opportunity is to recruit, hire, train, promote and base all other emp
decisions without regard to race, color, religion,.national origin, sex, age, handicap,sexual orientation, or any other
status.*

Search Jobs: Faculty | Administrative | Executive | Part-Time / Adjunct | Community College | By Institution | B·
Key Links: Home | eSearchManager | Corporate Ads | Post a Position | Unlimited Posting Plans

Patent Pending | About Us | Contact Us | Privacy Policy | Copyright

## Thank you for submitting your Job Opening!

Please allow a few business days for your job annoucement to be posted on AMIA's website.
Your posting will be screened for relevence to the field of Health Informatics.

*Here's the information you provided (text will be formatted prior to posting)...*

### Contact Information:

Member: no
Membership # (will not appear in posting):
Organization: Ross University
Name: Christine Holmberg
Address: 499 Thornall Street 10th Floor
City: Edison
State: NJ
Zip: 08837
Country: USA
Phone: 732-978-5300
Fax: 732-978-5309
E-mail: cholmberg@rossmed.edu
Organization URL: http://www.rossmed.edu

### Position Information:

Job Title: Library Director
Organization Name: Ross University School of Medicine
State:
City: Portsmouth
Country: Dominica

### Job Description:

Founded in 1978 and located on the beautiful Caribbean island of Dominica, Ross University School of Medicine has worked closely with leading consultants on medical education for more than 20 years, to develop an educational program equal in scope and quality to programs offered by United States medical schools. The excellence of the program is attested to by the fact that major United States RUSM-affiliated teaching hospitals welcome our students as medical clerks, and RUSM graduates as medical residents. In addition, Ross University has received multiple state approvals, from Florida, California, New York, and New Jersey, further attesting to the quality of the program. Position: Library Director The Ross University School of Medicine, seeks an experienced, enthusiastic, flexible and service oriented librarian for the position of Library Director of the Anne Ross Library and Learning Resource Center. Essential responsibilities include developing user-centered service programs ; identifying and managing print and non-print resources that support the university's teaching mission; promoting the use of technology to enhance library operations, expand services and improve teaching; developing and evaluating formal and informal instruction related to the access and management of biomedical information; improving the skills and capabilities of staff; and managing the budget and revenue-generating services. Requirements:    ALA accredited MLS    5 to 8 years' professional experience in an academic research or medical school library setting required.    3 to 5 years' experience supervising professionals librarians and/or library support staff.    Awareness of trends in electronic and digital resources and the impact of technology on libraries.    Experience with current and development information services in academic medicine.    Strong service orientation; commitment to developing student-centered services; excelle nt verbal, communication, presentation and writing skills; effective teaching, platform and advanced computing skills.    Experience living and/or working overseas would be a plus.    Membership in the Academy of Health Information professionals preferred. The Anne Ross Library occupies a 16,000 sq. ft. building featuring a large service area, two computer labs with 60 Internet-accessible workstations, an eight-station Slice of-Life lab, four group study rooms, faculty multimedia room, faculty conference room, two large reading rooms and staff work space. The collection features 130 current journal subscriptions, more than 5000current textbooks and other monographs, 180 audiovisual titles and 90multimedia programs. The library uses DOCLINE and ISI for interlibrary loan and document delivery. The library recently automated key library functions and developed a Web-based catalog, using EOS International's Q series. The library subscribes to EBSCOhost Electronic Journals Service, EBSCOhost Databases (MEDLINE,

Cochrane Collection, Health Source - Consumer Edition, Psychology and Behavioral Sciences full-text collection), AccessMedicine and UptoDate. Salary and benefits: Competitive annual salary - potentially tax-free, relocation assistance to and from the island of Dominica, deferred pension program and medical benefits. Twenty five days of paid annual leave is provided along with opportunities professional development. Send a letter of interest and complete C.V. to: Christine Holmberg, Vice President, Human Resources, Ross University School of Medicine, 499 Thornall Street, 10th floor, Edison, New Jersey 08837, email cholmberg@rossmed.edu or fax 732-978-5309. For more information please call 732-978-5300 x2633 Ross University is an equal opportunity employer. Equal employment has been and continues to be both Company policy and practice. Ross's policy of equal employment opportunity is to recruit, hire, train, promote and base all other employment decisions without regard to race, color, religion, national origin, sex, age, handicap, sexual orientation or any other protected status.

# EXHIBIT 7

## Fried, Michelle

| | |
|---|---|
| **From:** | Cole, Keisha |
| **Sent:** | Tuesday, January 14, 2003 8:51 AM |
| **To:** | Rios, Jorge |
| **Cc:** | Fried, Michelle |
| **Subject:** | FW: Position Desired: MEDICAL LIBRARIAN, Caribbean Location |

-----Original Message-----
From: john horton [mailto:johndhorton@yahoo.com]
Sent: Monday, January 13, 2003 2:16 PM
To: eangelakos@rossmed.edu
Subject: Position Desired: MEDICAL LIBRARIAN, Caribbean Location

John D. Horton
General Delivery
DuPont, WA 98327-9999

Email: JohnDHorton@Yahoo.com

Country of Citizenship: United States of America
Veteran's Preference: No
Highest Grade: GS-1410-9, 06/2002 - 08/2002
Contact Current Supervisor: Yes

OBJECTIVE:

Seeking exciting librarian position utilizing my 22
years of experience working in academic, law, special
and medical libraries. I have a Master's Degree in
Library Science and have worked in library reference
services, cataloging and administration. I am an
Hispanic minority male applicant over the age of 40
years. I have added ethnic and cultural diversity to
my employer's work force which have usually been 100%
white female which failed to reflect the ethnic
(20-30% minority), cultural (20-30% minority) and
gender (50% male) diversity existing in the local
community and clientele served.

WORK EXPERIENCE:

United States Military Academy Library
757 Corner of Thayer and Cullum Rds
West Point, NY 10996-1711
Dates Employed: 06/2002-08/2002
Grade Level: GS-9
Hours per Week: 20

Librarian, 1410
Served as general reference librarian at the central
reference desk. The library collection is established
for reference, research education purposes and is used
by a variety of West Point personnel, including
cadets, faculty, staff, and visiting researchers from
other government agencies and educational
institutions. The collection supports the USMA
curriculum and academic programs and covers a wide

PENGAD 800-631-6989  EXHIBIT  1  TC(51315)

0017

1

variety of electronic resources and reference
materials to instruct and assist cadets with research
and use of resources. Provided library orientation and
instruction for cadets, faculty, and staff.
Participated in selection of information sources for
the Library and develops specialized bibliographies as
required. Provides night and weekend reference
coverage. Assists with special projects relating to
reference and circulation to include, but not limited
to shelving, shelf maintenance, scanning, digitizing,
collection review. Performs other duties as assigned.
Temporary-term position. Resigned position to move to
Washington state. Additional references: Nancy
Keating, Reference Librarian, 845-938-8325, e-mail:
un0857@exmail.usma.army.mil; Paul T. Nergelovic,
Documents Librarian, 845-938-8270,
up6257@exmail.usma.army.mil (Supervisor's Name:
Georgianna Watson, ug0202@exmail.usma.army. Phone:
845-938-8321.)

20th Medical Group & Base Hospital
Shaw Air Force Base, SC 29152
U.S.A.
Dates Employed: 08/1999-03/2000
Grade Level: GS-8
Hours per Week: 40

Director, Medical Resource Center & Library, 1411
Incumbent utilizes expertise, knowledge and skill to
evaluate, acquire, and organize biomedical library
resources in all formats. Incumbent conceptualizes
service improvements for library users and works with
and through others to implementation. Incumbent
utilizes the "National Library of Medicine / Library
of Congress" cataloging schemes, AACR2 and MARC
cataloging principles as applied to use of
state-of-the-art integrated online library systems,
extended use of the Internet/World Wide Web,
telecommunications protocols, DOCLINE, LOANSOME DOC,
and other inter-library loan systems. Individual
applies theory, principles, and techniques of
librarianship in the reference functional area in a
U.S. Air Force Base Hospital. Work includes the
manipulation of hundreds of online database systems
used to provide bibliographic search retrieval
information (DIALOG, STN, DTIC, MEDLARS), use of
Internet/World Wide Web and appropriate search engines
to locate specialized biomedical information, use of
end-user search software packages (PubMed/Internet
Grateful Med, GIDEON), web sites, electronic library
resources and the training of biomedical researchers
to use all resources. Resigned this position to care
for a sick relative. (Supervisor's Name: Lt. Col.
Sylvia Pringle.)

Huron University Library
Huron, SD 57350
U.S.A.
Dates Employed: 09/1998-03/1999
Hours per Week: 40

Interim Library Director & University Librarian
Management of a growing multimedia collection,
significant electronic access to collections within

0018

2

and outside of the library. A broad understanding of the operations and concepts in public and technical services, significant experience in collection development, working with computers, microforms and audio visual equipment systems, and in the development and administration of a library budget in support of academic programs. Worked productively with students, faculty and staff. Administration and supervision of staff and all library activities including collection development, library systems, operations, services, budget, etc. Responsible for administering the library, formulating policies, planning strategic directions, managing the budget and allocating resources, and supervising the professional faculty and classified staff. Guides and directs the development of state-of-the-art information technologies and integrates them with traditional library collections nad services. Represents the Library to the University community and to external constituencies, with particular focus on library consortia and networks. Cataloging of library materials using Library of Congress classification and subject headings. Temporary, term position. (Supervisor's Name: John Zinng, Ph.D..)

Society of St. Pius X (Roman Catholic Religious Order)
Kansas City, MO
U.S.A.
 Dates Employed: 10/1997-08/1998
Hours per Week: 40

Project Catalog Librarian
Cataloging of library material using AACR2, Library of Congress Subject Headings and Classification. Marking and labelling of materials. Shelving of materials. Use of the Library of Congress on-line catalog via the internet and OCLC to look-up bibliographic information. This was a temporary position which ended when the project was completed. (Supervisor's Name: Peter Scott.)

Royal Saudi Naval Forces
Jubail, Saudi Arabia,
Saudi Arabia
 Dates Employed: 02/1992-02/1994
Hours per Week: 48

Information Center Director
Management of the Technical Information Branch at the King Abdul Aziz Royal Saudi Naval Base, Jubail, Saudi Arabia. Planned, developed and implemented policies regarding the management and distribution of naval technical information. Received orders for technical publications from naval activities. Received materials from the printing plant and distributed them to the originating naval activity. Fluent in basic conversational Arabic.
Temporary, contract position. (Supervisor's Name: Capt. Ibrahim Al-Buty.)

Internal Revenue Service
Room # 2710 Federal Building
Second & Marion
Seattle, WA 98104

0019

U.S.A.
Dates Employed: 04/1988-11/1989
Grade Level: GS-5
Hours per Week: 40

Legal Clerk, 0904
Assisting attorneys in the preparation of litigation.
Word processing of pleadings filed before the United
States Tax Court, the United States District Court and
other state and federal courts. Management of the law
library. Management of the office supply inventory.

Law Firm of McKinney, Stringer & Webster
Oklahoma City, OK
U.S.A.
Dates Employed: 06/1983-06/1984
Hours per Week: 20

Law Librarian
Management and cataloging of law library materials
using Library of Congress Classification and Subject
Headings.

University of Oklahoma Law School Library
Norman, OK
Dates Employed: 06/1982-05/1983
Hours per Week: 20

Law Library Intern
Working in rotation in all functional areas of the law
library.

EDUCATION:

University of Oklahoma Graduate College
Norman, OK 73019
U.S.A.
Master of Library Science, 1985
Major: Library Science

Cameron University
Lawton, OK 73505
U.S.A.
B.A., 1982
130 Semester Hours
Major: History
Minor: Music
GPA: 3.46 out of 4.00

University of Oklahoma Law School
Norman, OK 73019
U.S.A.
50 Semester Hours
Major: Law

Oklahoma City University Law School
Oklahoma City, OK
U.S.A.
15 Semester Hours
Major: Law

JOB-RELATED TRAINING COURSES:

Library cataloging using AACR2, Library of Congress

0020

4

Subject Headings and Classification. Microsoft Office
Suite.

JOB-RELATED SKILLS:

Microsoft Office Suite. Typing speed 60 WPM.

JOB-RELATED HONORS, AWARDS, MEMBERSHIPS, ETC.:

28 SEP 99 Commander's Coin Award for Performance
Improvement Initiative, 20th Medical Group, Shaw Air
Force Base, South Carolina.

President's Honor Roll, Cameron University, Lawton,
Oklahoma.

Dean's Honor Roll, Cameron University, Lawton,
Oklahoma.

Institutional Scholarship in History, Cameron
University, Lawton,
Oklahoma.

Catholic Foundation of Oklahoma Scholarship, Oklahoma
City, Oklahoma.

SUPPLEMENTAL INFORMATION:

EEO CATEGORIES

Hispanic, minority male over the age of 40 years.

PUBLICATIONS

Book review of Kaplan, Robert D. "The Arabist: the
Romance of an American Elite." New York: Free Press,
1993 in v. 118 "Library Journal," p. 90, September 15,
1993. Also in "Book Review Digest 1994," New York: H.
W. Wilson Co. 1995, p. 1071.

LIBRARY SERVICE PHILOSOPHY

"We are not afraid to entrust the American people with
unpleasant facts, foreign ideas, alien philosophies,
and competitive values. For a nation that is afraid to
let its people judge the truth and falsehood in an
open market is a nation that is afraid of its people."

-- John F. Kennedy

SUPPLEMENTAL DATA FOR AIR FORCE PERSONNEL CENTER,
Randolph AFB, TX

John D. Horton. 443628610. 1. External; 2. Outstanding
Scholar; 3. 05/11/1960; 4. Yes; 5. No; 6. No; 7. Yes,
Career-Conditional; a. No; b. GS-8, 09/21/1999 to
03/15/2000; c. No; d. No; 8. Yes; 9. 60 WPM; 10. 0 WPM

RECOMMENDATIONS, TRANSCRIPTS AND SF-50's are available
as e-mail attachments upon request.

REFERENCES

Georgianna Watson, Associate Director for User

0021

Service, United States Military Academy Library, 757
Corner of Thayer and Cullum Rds, West Point, NY
10996-1711, 845-938-8321, ug0202@exmail.usma.army

Nancy Keating, Reference Librarian, United States
Military Academy Library, 757 Corner of Thayer and
Cullum Rds, West Point, NY 10996-1711, 845-938-8325,
e-mail: un0857@exmail.usma.army.mil

Paul T. Nergelovic, Documents Librarian, United States
Military Academy Library, 757 Corner of Thayer and
Cullum Rds, West Point, NY 10996-1711, 845-938-8270,
up6257@exmail.usma.army.mil

---

Do you Yahoo!?
Yahoo! Mail Plus - Powerful. Affordable. Sign up now.
http://mailplus.yahoo.com

0022

**EXHIBIT 8**

## Fried, Michelle

| From: | Rios, Jorge [Jrios@rossmed.edu.dm] |
|---|---|
| Sent: | Tuesday, January 21, 2003 4:40 PM |
| To: | 'john horton' |
| Cc: | Fried, Michelle |
| Subject: | RE: Librarian position / Flight to Dominica |

Hello John, I forwarded your e-mail to Ms Michell Fried at the NJ Office
(1-732-978-5300 x 2623) so she can contact you via e-mail. I would like you
to be with us as soon as you can schedule it. I see that you have lived and
work in Dominica so you are familiar with the island and perhaps the school.
Please if you can also contact Ms Fried so she has a telephone contact.
Looking forward to your visit

Jorge C. Rios MD FACC, FACP
Executive Dean
Ross University School of Medicine

-----Original Message-----
From: john horton [mailto:johndhorton@yahoo.com]
Sent: Tuesday, January 21, 2003 4:31 PM
To: Rios, Jorge
Subject: Librarian position / Flight to Dominica

Dear Dr. Rios:

Any word on my flight to Dominica? I haven't heard
from your travel agent.

Thank you.

John D. Horton

--- "Rios, Jorge" <Jrios@rossmed.edu.dm> wrote:
> yes but call me on the cell phone
>
> -----Original Message-----
> From: john horton [mailto:johndhorton@yahoo.com]
> Sent: Wednesday, January 15, 2003 4:28 PM
> To: Rios, Jorge
> Subject: RE: Ross University
>
>
> I was checking on time zones and you are 4 hours
> ahead
> of me. If I call at noon Pacific Time it will be
> 4:00
> p.m. Dominica time. Is that okay? I am sending
> this
> e-mail at 12:30 p.m. Pacific time and you should
> receive it around 4:30 p.m. your time.
>
> Thank you.
>
> John D. Horton
> Tacoma, Washington
> USA
>



PENGAD 800-631-6989   EXHIBIT
3
C57308

0037

```
>
> --- "Rios, Jorge" <Jrios@rossmed.edu.dm> wrote:
> > You can call me tomorrow or Friday between 8am and
> 9
> > am our time that
> > represent 12noon and 1pm Pacific time. My office
> > number ( direct)  is
> > 1-767-445-6456 ands my cell phone is
> 1-767-235-5380.
> > Looking forward to your
> > call.
> >
> > -----Original Message-----
> > From: john horton [mailto:johndhorton@yahoo.com]
> > Sent: Wednesday, January 15, 2003 2:20 PM
> > To: Rios, Jorge
> > Subject: Re: Ross University
> >
> >
> > Sorry, I am in-between phone companies right now
> so
> > I
> > don't have a telephone number to give you.  Please
> > provide me with your telephone number and a date
> and
> > time (I'm on Pacific time) for me to call you.
> >
> > Thank you.
> >
> > John D. Horton
> > Tacoma WA
> >
> >
> > --- "Rios, Jorge" <Jrios@rossmed.edu.dm> wrote:
> > > Thaks you for your interest. I would like to
> have
> > a
> > > preliminary phone
> > > conversation in preparation for a visit to our
> cam
> > > pus. Please provide me of
> > > a telephone number as well as the best times to
> > > contact you.
> > >
> > > Sincerely
> > >
> > >
> > > Jorge C. Rios MD FACC, FACP
> > > Executive Dean
> > > Ross University School of Medicine
> > >
> >
> >
> >
> > _____
> > Do you Yahoo!?
> > Yahoo! Mail Plus - Powerful. Affordable. Sign up
> > now.
> > http://mailplus.yahoo.com
>
>
> _____
> Do you Yahoo!?
> Yahoo! Mail Plus - Powerful. Affordable. Sign up
> now.
```

0038

> http://mailplus.yahoo.com

---

Do you Yahoo!?
Yahoo! Mail Plus - Powerful. Affordable. Sign up now.
http://mailplus.yahoo.com