# EXHIBIT 9

## Fried, Michelle

| | |
|---|---|
| **From:** | Rios, Jorge [Jrios@rossmed.edu.dm] |
| **Sent:** | Wednesday, January 22, 2003 8:18 AM |
| **To:** | Fried, Michelle |
| **Subject:** | RE: Librarian position / Flight to Dominica |

Lets try to bring him on a Sunday, for interview/house search on Monday and Tuesday and leave Wed. Thanks

-----Original Message-----
From: Fried, Michelle
Sent: Wednesday, January 22, 2003 9:09 AM
To: Rios, Jorge
Subject: RE: Librarian position / Flight to Dominica

Give me a choice of dates for this trip? How many days do you want him in Dominica?

-----Original Message-----
From: Rios, Jorge [mailto:Jrios@rossmed.edu.dm]
Sent: Tuesday, January 21, 2003 4:04 PM
To: Fried, Michelle
Subject: FW: Librarian position / Flight to Dominica

Michelle this a good Library Candidate so can we schedule his trip. You have to deal with him via e-mail.

-----Original Message-----
From: john horton [mailto:johndhorton@yahoo.com]
Sent: Tuesday, January 21, 2003 4:31 PM
To: Rios, Jorge
Subject: Librarian position / Flight to Dominica



Dear Dr. Rios:

Any word on my flight to Dominica?  I haven't heard from your travel agent.

Thank you.

John D. Horton

--- "Rios, Jorge" <Jrios@rossmed.edu.dm> wrote:
> yes but call me on the cell phone
>
> -----Original Message-----
> From: john horton [mailto:johndhorton@yahoo.com]
> Sent: Wednesday, January 15, 2003 4:28 PM
> To: Rios, Jorge
> Subject: RE: Ross University
>
>
> I was checking on time zones and you are 4 hours
> ahead
> of me.  If I call at noon Pacific Time it will be
> 4:00
> p.m. Dominica time.  Is that okay?  I am sending

0034

> this  .
> e-mail at 12:30 p.m. Pacific time and you should
> receive it around 4:30 p.m. your time.
>
> Thank you.
>
> John D. Horton
> Tacoma, Washington
> USA
>
>
> --- "Rios, Jorge" <Jrios@rossmed.edu.dm> wrote:
> > You can call me tomorrow or Friday between 8am and
> 9
> > am our time that
> > represent 12noon and 1pm Pacific time. My office
> > number ( direct) is
> > 1-767-445-6456 ands my cell phone is
> 1-767-235-5380.
> > Looking forward to your
> > call.
> >
> > -----Original Message-----
> > From: john horton [mailto:johndhorton@yahoo.com]
> > Sent: Wednesday, January 15, 2003 2:20 PM
> > To: Rios, Jorge
> > Subject: Re: Ross University
> >
> >
> > Sorry, I am in-between phone companies right now
> so
> > I
> > don't have a telephone number to give you.  Please
> > provide me with your telephone number and a date
> and
> > time (I'm on Pacific time) for me to call you.
> >
> > Thank you.
> >
> > John D. Horton
> > Tacoma WA
> >
> >
> > --- "Rios, Jorge" <Jrios@rossmed.edu.dm> wrote:
> > > Thaks you for your interest. I would like to
> have
> > a
> > > preliminary phone
> > > conversation in preparation for a visit to our
> cam
> > > pus. Please provide me of
> > > a telephone number as well as the best times to
> > > contact you.
> > >
> > > Sincerely
> > >
> > >
> > > Jorge C. Rios MD FACC, FACP
> > > Executive Dean
> > > Ross University School of Medicine
> > >
> >
> >
> > _____

0035

> > Do you Yahoo!?
> > Yahoo! Mail Plus - Powerful. Affordable. Sign up
> > now.
> > http://mailplus.yahoo.com
>
>
> _____
> Do you Yahoo!?
> Yahoo! Mail Plus - Powerful. Affordable. Sign up
> now.
> http://mailplus.yahoo.com


_____
Do you Yahoo!?
Yahoo! Mail Plus - Powerful. Affordable. Sign up now.
http://mailplus.yahoo.com

0036

# EXHIBIT 10

**Fried, Michelle**

To:                     john horton
Subject:              RE: FW: Travel Reservation February 01 for HORTON

Good Morning

The only way I can send this itinerary is by fax - can you give me a fax number?

Once you confirm the itinerary, I will confirm the hotel per night in San Juan.

You·will need a·hotel in·San Juan on your outbound Saturday, February 1st. You will arrive in Dominica on·Sunday, February 2nd at 2:46pm and will be met by a university driver. (The drive from the airport to the campus is about an hour and 20 minutes.

You will also need to overnight in San Juan on your return home the night of Wednesday, February 5th.

All hotels in San Juan (right by the airport) take American money and all major credit cards.

Meals, transportation (from your home to the airport and return) will all be reimbursed to you upon your·return. Sumbit all receipts to my attention and you will immediately be reimbursed.

All expenses you incur will be reimbursed.

If you want to call me at our toll free number 1-866-227-7478 extension 2623 before 2pm today EST time, I will go over your itinerary with you and if you reconfirm your mailing address I will send an electronic ticket to your home.

Thanks.

Michelle Fried

Ross University
-----Original Message-----
From: john horton [mailto:johndhorton@yahoo.com]
Sent: Friday, January 24, 2003 12:50 AM
To: Fried, Michelle
Subject: Re: FW: Travel Reservation February 01 for HORTON



Feb. 1 is fine. I can't open the itinerary. Can you
copy, paste and e-mail me the itinerary?

Regarding the hotel:

a. how much is that going to cost?

b. how many nights will I be there?

c. are meals included in what you are covering (room
service, hotel restaurant, non-hotel restaurant)?

d. does the hotel take American money?

e. does the hotel take a Visa debit card?

f. are you providing ground transportation in
Dominica or am I supposed to walk to the medical
school?

Thank you.

0030

John D. Horton

--- "Fried, Michelle" <mfried@rossmed.edu> wrote:
> Please review this itinerary. If acceptable, let me
> know and we will make
> the necessary hotel reservations for you. Please
> pay for the hotel and send
> me all receipts. You will immediately be
> reimbursed.
>
> Michelle Fried
> Ross University
>
> -----Original Message-----
> From: POWER TRAVEL [mailto:powertravel@yahoo.com]
> Sent: Thursday, January 23, 2003 12:28 PM
> To: mfried@rossmed.edu
> Subject: Travel Reservation February 01 for HORTON
>
>
> POWER TRAVEL is pleased to deliver your complete
> travel itinerary through
> Sabre (R) Virtually There (R).
>
> Click on the link below to display your travel
> arrangements, as well as
> weather, maps and directions, gate assignments,
> currency converter and much
> more! By using this link, you always have access to
> the most current
> information about your trip.
>
>
https://www.virtuallythere.com/new/reservations.html?host=1W&pnr=KL1DHD1759P
> 5&name=HORTON&language=0&email=2
>
> If the above link is not active, or if you wish to
> access your itinerary
> from the Virtually There home page, go to
> www.virtuallythere.com. Enter your
> last name and the six-character reservation code
> provided to you by POWER
> TRAVEL. To ensure the security of your personal
> travel information, you
> will be asked to enter your e-mail address or a
> password POWER TRAVEL may
> have provided. If the e-mail address or password
> does not match the data in
> your travel reservation, access to the reservation
> will be denied. If you
> require further assistance to display your
> itinerary, please contact POWER
> TRAVEL to verify the e-mail address or password
> contained in your
> reservation.
>
> If the above link is inactive or broken, you may
> copy and paste it into your
> Internet browser. To capture the entire link, you
> may need to copy and
> paste it in sections. To prevent future problems
> with broken or inactive
> links, please ensure that your e-mail system

0031

2

> preferences are set for
> "Message Wrapping" or "Wrap Long Text".
>
> If you have received this mailing in error, or do
> not wish to receive any
> further mailings, simply click on the link below:
>
>
http://www.virtuallythere.com/new/emOptOut.html?host=1W&language=0&email=2&p
> cc=E1N0
>
> POWER TRAVEL
> 516-822-9222
> COMPLIMENTS FROM POWER TRAVEL INTL

---

Do you Yahoo!?
Yahoo! Mail Plus - Powerful. Affordable. Sign up now.
http://mailplus.yahoo.com

# EXHIBIT 11

### UNITED STATES DISTRICT COURT
### FOR THE DISTRICT NEW JERSEY
### 50 WALNUT ST RM 4015
### NEWARK NJ 07102-3595

John D. Horton,
    Plaintiff,

v.

Ross University School of Medicine
et al.
    Defendants.

)
)
)
)
)
)
)
)
)
)
)
)

Civil Action No.  04-5658 (JAG)

EXHIBIT

C 573-05

## PLAINTIFF'S RESPONSES TO
## DEFENDANT'S INITIAL INTERROGATORIES

1. I, John D. Horton, alone have provided information or otherwise assisted in answering these interrogatories.

2. John D. Horton is solely responsible for answering these interrogatories.

3. John D. Horton, PO BOX 7, JOBSTOWN NJ 08041-0007. Each of the defendants listed in the complaint. I do not know their home addresses but that information should be available to defense counsel as he is apparently representing all named defendants. I don't know what business affiliation means.

4. Each of the individuals listed above will in substance state the facts as recited in the complaint.

5. None.

6. Yes, I obtained a statement[1] from Renton Technical College, Renton WA, in which they indicate that I was schedule for an interview in 2003 and that I cancelled the interview.

7. As outlined in the complaint, Dr. Rios contacted me by email in late January 2003 to schedule a telephone interview. In your Rule 26 disclosure statement, Dr. Rios' email should have appeared after my resume at page 22 but your client evidently has not provided this email to you. Dr. Rios and I had the interview via

---

[1] A copy of which is attached hereto, marked Exhibit A and incorporated herein by reference.

Plaintiff's Responses to D 1st Interrogatories
Horton v. Ross University, # 04-5658 (JAG)
United States District Court
for the District Of New Jersey
50 WALNUT ST RM 4015
NEWARK NJ 07102-3595

**- 1 -**

John D. Horton
PO BOX 7
JOBSTOWN NJ 08041-0007

the telephone in late January of 2003, at which time he formally invited me to Dominica for an in-person interview and I accepted his offer. I made all travel arrangements via email with the University staff as this is the most efficient means of communicating travel information. The day before I was to travel Ms. Fried advised me via email that the travel budget of the University was depleted and that I would have to be rescheduled for a latter date. I sent an email inquiry to Dr. Rios and he confirmed that Ms. Fried's story was correct. These emails are likewise missing from your Rule 34 disclosure.

I never received any follow up responses to my email inquiries regarding the interview from February through July of 2003. There appeared to be some kind of blackout against the defendants communicating with me. In August of 2003 I visited the University's office in Edison NJ to inquire about my candidacy. Instead of providing me a strait forward explanation of what was going on the reception staff and human resources decided to continue to give me the run-a-round.

8. Yes.

9. I will allege and Dr. Rios will confirm that he offered me via telephone an in-person interview to Dominica and that I accepted his offer. I will allege and Dr. Rios and Ms. Fried will confirm that the story that the trip to Dominica had been cancelled due to budgetary constrains was a lie on their part.

10. Objection. Relevance.

11. Objection. Relevance.

12. Objection. Relevance.

13. The request for damages is set forth in the complaint.

14. a) Exhibit A herein from Renton Technical College, b) the Complaint which defense counsel has a copy of, and c) the previous submissions of defense counsel primarily the Rule 34 disclosure.

15. No.

16. Not applicable.

17. I'm still researching that but it appears there is a breach of contract action somewhere in this case.

18. Objection. Relevance.

Plaintiff's Responses to D 1st Interrogatories
Horton v. Ross University, # 04-5658 (JAG)
United States District Court
for the District Of New Jersey
50 WALNUT ST RM 4015
NEWARK NJ  07102-3595

**- 2 -**

John D. Horton
PO BOX 7
JOBSTOWN NJ  08041-0007

19. Answered by number 18 above.

20. Objection.  Relevance.

21. See answer at number 6 above.

22. See answer to number 6 above.

## CERTIFICATION

I certify that the foregoing statements made by me are true.  I am aware that if any of the foregoing statements are willfully false that I am subject to punishment by this court.

DATED:  March 30, 2005

_____
John D. Horton

## CERTIFICATE OF SERVICE

I hereby certify that the forgoing paper was mailed via United States Postal Service First Class mail, postage prepaid, on the date indicated below to the addressee listed below.

John H. Schmidt
PO BOX 2369
WESTFIELD NJ 07091-2369

DATED:  March 30, 2005

_____
John D. Horton

Plaintiff's Responses to D 1st Interrogatories
Horton v. Ross University, # 04-5658 (JAG)
United States District Court
for the District Of New Jersey
50 WALNUT ST RM 4015
NEWARK NJ  07102-3595

**- 3 -**

John D. Horton
PO BOX 7
JOBSTOWN NJ  08041-0007

# EXHIBIT 12

| | |
|---|---|
| **Subject:** | RE: Library Director's Position |
| **Date:** | Tue, 25 Jan 2005 07:42:50 -0800 |
| **From:** | "Mullowney, Glenda" <gmullowney@rtc.ctc.edu> |
| **To:** | "john horton" <johndhorton@yahoo.com> |

**HTML Attachment** [ Download File | Save to Yahoo! Briefcase ]

Hi,

It looks like you were selected for an interview and declined.  Our records do not indicate why you couldn't interview.  Attached is a copy of the job announcement.

Glenda

> -----Original Message-----
> **From:** john horton [mailto:johndhorton@yahoo.com]
> **Sent:** Monday, January 24, 2005 4:51 PM
> **To:** Mullowney, Glenda
> **Subject:** RE: Library Director's Position
>
> Hi:
>
> Thank you for all your help.  I appreciate the time and effort Mr. Palo and you have devoted to my question.
>
> As I recall, your school via your Human Resources staff offered me an interview and I declined the interview (due to a conflict in my schedule).  Please advise if this is correct?
>
> If possible, could you send me a copy of the vacancy announcement as an email attachment. If the starting salary is not listed, can you provide that separately.
>
> Thank you again.
>
> Sincerely,
>
> John D. Horton
>
> *"Mullowney, Glenda" <gmullowney@rtc.ctc.edu>* wrote:
>
>> Dear Mr. Horton:
>>
>> I checked our records and we show that you did apply for the Library Director Position that was open in December, 2002. We also show that you withdrew your application. If you need additional information, please let me know.
>>
>> Glenda Mullowney
>> Director
>> Human Resource Development

*Ex. A-1*

**EXHIBIT 13**

## Holmberg, Christine

**From:** Cole, Keisha
**Sent:** Wednesday, April 28, 2004 3:42 PM
**To:** Holmberg, Christine
**Cc:** Petersen, Jessica
**Subject:** FW: Position Desired: MEDICAL LIBRARIAN, Caribbean Location

-----Original Message-----
**From:** john horton [mailto:johndhorton@yahoo.com]
**Sent:** Tuesday, February 18, 2003 10:55 AM
**To:** eangelakos@rossmed.edu
**Subject:** Position Desired: MEDICAL LIBRARIAN, Caribbean Location

EXHIBIT

7

C5/3-05

PENGAD 800-631-6989

**John D. Horton**
General Delivery
Philadelphia, PA 19104-9999

Email: JohnDHorton@Yahoo.com
**Country of Citizenship:** United States of America
**Veteran's Preference:** No
**Highest Grade:** GS-1410-9, 06/2002 - 08/2002
**Contact Current Supervisor:** Yes

### OBJECTIVE:

Seeking exciting librarian position utilizing my 22 years of experience working in academic, law, special and medical libraries. I have a Master's Degree in Library Science and have worked in library reference services, cataloging and administration. I am an Hispanic minority male applicant over the age of 40 years. I have added ethnic and cultural diversity to my employer's work force.

### WORK EXPERIENCE:

Veteran's Health Administration Medical Center Library
3900 University Ave
Philadelphia, PA 19104-4594

Dates Employed: 02/2003-Present
Grade Level: GS-7 Step 5
Hours per Week: 40

Library Technician (Medical), 1411
Responsible for serials control of over 400 titles with irregular publications times. Uses complex serials control computerized check-in system. Advises Library Director of subscription discrepancies. Responsible for adding, deleting, updating and submitting the Library Service's annual subscription renewals of medical, patient and administrative journals to vendor including payment follow-ups to assure receipt of journals without lapses. Notes missing issues and submits claims via electronic mail system to vendor. Responsible for direct contact with vendor

York: Free Press, 1993 in v. 118 "Library Journal," p. 90, September 15, 1993. Also in "Book Review Digest 1994," New York: H. W. Wilson Co. 1995, p. 1071.

LIBRARY SERVICE PHILOSOPHY

"We are not afraid to entrust the American people with unpleasant facts, foreign ideas, alien philosophies, and competitive values. For a nation that is afraid to let its people judge the truth and falsehood in an open market is a nation that is afraid of its people."
-- John F. Kennedy

SUPPLEMENTAL DATA FOR AIR FORCE PERSONNEL CENTER, Randolph AFB, TX

John D. Horton. 443628610. 1. External; 2. Outstanding Scholar; 3. 05/11/1960; 4. Yes; 5. No; 6. No; 7. Yes, Career-Conditional; a. No; b. GS-8, 09/21/1999 to 03/15/2000; c. No; d. No; 8. Yes; 9. 60 WPM; 10. 0 WPM

RECOMMENDATIONS, TRANSCRIPTS AND SF-50's are available as e-mail attachments upon request.

REFERENCES

Georgianna Watson, Associate Director for User Service, United States Military Academy Library, 757 Corner of Thayer and Cullum Rds, West Point, NY 10996-1711, 845-938-8321, ug0202@exmail.usma.army.mil

Nancy Keating, Reference Librarian, United States Military Academy Library, 757 Corner of Thayer and Cullum Rds, West Point, NY 10996-1711, 845-938-8325, e-mail: un0857@exmail.usma.army.mil

Paul T. Nergelovic, Documents Librarian, United States Military Academy Library, 757 Corner of Thayer and Cullum Rds, West Point, NY 10996-1711, 845-938-8270, up6257@exmail.usma.army.mil

---

Do you Yahoo!?
Yahoo! Shopping - Send Flowers for Valentine's Day

# EXHIBIT 14



## Details for Candidate: John Horton

Add Activity   Email Resume   Edit Info   Delete Candidate   Add to Folder

Back to List
1 of 1  Previous | Next

Activity History          Resume          Resume Image          Additional Info

| | | | | | |
|---|---|---|---|---|---|
| **Name:** | John D Horton | | **Candidate ID:** | 9314322 | **Candidate Documents** |
| **Home Phone:** | 000-000-0000 | **Email:** | johndhorton@yahoo.com | |
| **Work Phone:** | None | **Date Entered:** | 25 Jul 2003 | |
| **Cell/Mobile:** | None | **Resume Date:** | 14 Aug 2003 | |
| **Pager Number:** | None | **Source:** | Job Boards: America's Job Bank - International | |

Cover Letter:

You all offered me an interview back in February and I am still waiting?  What's going on???

John D. Horton
GENERAL DELIVERY
JOBSTOWN, NJ 08041-9999

Email: JohnDHorton@Yahoo.com

Country of Citizenship: United States of America
Veteran's Preference: No
Highest Grade: GS-1410-9, 06/2002 - 08/2002
Contact Current Supervisor: Yes

OBJECTIVE:

Seeking exciting librarian position utilizing my 25 years of experience working in academic, law, special and medical libraries. I have a Master's Degree in Library Science and have worked in library reference services, cataloging and administration. I am an Hispanic minority male applicant over the age of 40 years. I have added ethnic and cultural diversity to my employer's work force.
WORK EXPERIENCE:

Veteran's Health Administration Medical Center Library
3900 University Ave
Philadelphia, PA 19104-4594
Dates Employed: 02/2003-06/2003
Grade Level: GS-7 Step 5
Hours per Week: 40

EXHIBIT
PENGAD 800-631-6989
C5-13-05

0053

Library Technician (Medical), 1411
Responsible for serials control of over 400 titles with irregular publications times. Uses complex serials control computerized check-in system. Advises Library Director of subscription discrepancies. Responsible for adding, deleting, updating and submitting the Library Service's annual subscription renewals of medical, patient and administrative journals to vendor including payment follow-ups to assure receipt of journals without lapses. Notes missing issues and submits claims via electronic mail system to vendor. Responsible for direct contact with vendor regarding recurring problems. Organizes and operates the service's accounting system. Responsible for assigning correct department codes and sub-account classifications to all obligation records. Verifies pricing information on 2237's. Utilizes the Integrated Funds Distribution, Control Point Activity, Acounting and Procurement (IFCAP) system to report, record and amend credit card purchases. Acts as Purchase Card User to pay for goods and services and reviews the payments made to the purchase card account. Notifies the Library Director, on timely basis, when recurring expenses (such as newspaper delivery or on-line computer service) must be obligated. Responsible for maintaining accurate record of received items. Typically, 25-50 unique items (books/audio-visuals) are on each purchase · order; delivery is split, and occurs over an extended period. Notifies Library Director toward end of quarter of status of received materials. Provides ready reference service using standard medical and non-medical reference tools, as well as on-line bibliographic databases. Refers clients to librarians as appropriate for in-depth reference services, conducting reference interview when needed. In the absence of the Medical Librarian, responsible for verifying accuracy and completeness of bibliographic data for inter-library loan requests by using CAT-LINE, the computerized on-line catalog system mounted by the National Library of Medicine. Must know protocols and search techniques for using system. Job ended due to a move. (Supervisor's Name: Robert Lyle, e-mail: robert.lyle@med.va.gov. Phone: 215-823-5860.)
United States Military Academy Library
757 Corner of Thayer and Cullum Rds
West Point, NY 10996-1711
Dates Employed: 06/2002-08/2002
Grade Level: GS-9
Hours per Week: 20


Librarian, 1410
Served as general reference librarian at the central reference desk. The library collection is established for reference, research education purposes and is used by a variety of West Point personnel, including cadets, faculty, staff, and visiting researchers from other government agencies and educational institutions. The collection supports the USMA curriculum and academic programs and covers a wide variety of electronic resources and reference materials to instruct and assist cadets with research and use of resources. Provided library orientation and instruction for cadets, faculty, and staff. Participated in selection of information sources for the Library and develops specialized bibliographies as required. Provides night and weekend reference coverage. Assists with special projects relating to reference and circulation to include, but not limited to shelving, shelf maintenance, scanning, digitizing, collection review. Performs other duties as assigned. Temporary-term position. Resigned position to move to Washington state. Additional references: Nancy Keating, Reference Librarian, 845-938-8325, e-mail: un0857@exmail.usma.army.mil; Paul T. Nergelovic, Documents Librarian, 845-938-8270,

0054

up6257@exmail.usma.army.mil (Supervisor's Name: Georgianna Watson,
ug0202@exmail.usma.army.mil. Phone: 845-938-8321.)
20th Medical Group & Base Hospital
Shaw Air Force Base, SC 29152
U.S.A.
Dates Employed: 08/1999-03/2000
Grade Level: GS-8
Hours per Week: 40


Director, Medical Resource Center & Library, 1411
Incumbent utilizes expertise, knowledge and skill to evaluate, acquire, and organize biomedical
library resources in all formats. Incumbent conceptualizes service improvements for library
users and works with and through others to implementation. Incumbent utilizes the 'National
Library of Medicine / Library of Congress' cataloging schemes, AACR2 and MARC cataloging
principles as applied to use of state-of-the-art integrated online library systems, extended use of
the Internet/World Wide Web, telecommunications protocols, DOCLINE, LOANSOME DOC,
and other inter-library loan systems. Individual applies theory, principles, and techniques of
librarianship in the reference functional area in a U.S. Air Force Base Hospital. Work includes
the manipulation of hundreds of online database systems used to provide bibliographic search
retrieval information (DIALOG, STN, DTIC, MEDLARS), use of Internet/World Wide Web
and appropriate search engines to locate specialized biomedical information, use of end-user
search software packages (PubMed/Internet Grateful Med, GIDEON), web sites, electronic
library resources and the training of biomedical researchers to use all resources. Resigned this
position to care for a sick relative. (Supervisor's Name: Lt. Col. Sylvia Pringle.)
Huron University Library
Huron, SD 57350
U.S.A.
Dates Employed: 09/1998-03/1999
Hours per Week: 40


Interim Library Director & University Librarian
Management of a growing multimedia collection, significant electronic access to collections
within and outside of the library. A broad understanding of the operations and concepts in
public and technical services, significant experience in collection development, working with
computers, microforms and audio visual equipment systems, and in the development and
administration of a library budget in support of academic programs. Worked productively with
students, faculty and staff. Administration and supervision of staff and all library activities
including collection development, library systems, operations, services, budget, etc.
Responsible for administering the library, formulating policies, planning strategic directions,
managing the budget and allocating resources, and supervising the professional faculty and
classified staff. Guides and directs the development of state-of-the-art information technologies
and integrates them with traditional library collections nad services. Represents the Library to
the University community and to external constituencies, with particular focus on library
consortia and networks. Cataloging of library materials using Library of Congress classification
and subject headings. Temporary, term position. (Supervisor's Name: John Zinng, Ph.D..)
Society of St. Pius X (Roman Catholic Religious Order)

0055

Kansas City, MO
U.S.A.
Dates Employed: 10/1997-08/1998
Hours per Week: 40

Project Catalog Librarian
Cataloging of library material using AACR2, Library of Congress Subject Headings and
Classification. Marking and labelling of materials. Shelving of materials. Use of the Library of
Congress on-line catalog via the internet and OCLC to look-up bibliographic information. This
was a temporary position which ended when the project was completed. (Supervisor's Name:
Peter Scott.)
Royal Saudi Naval Forces
Jubail, Saudi Arabia,
Saudi Arabia
Dates Employed: 02/1992-02/1994
Hours per Week: 48

Information Center Director
Management of the Technical Information Branch at the King Abdul Aziz Royal Saudi Naval
Base, Jubail, Saudi Arabia. Planned, developed and implemented policies regarding the
management and distribution of naval technical information. Received orders for technical
publications from naval activities. Received materials from the printing plant and distributed
them to the originating naval activity. Fluent in basic conversational Arabic.
Temporary, contract position. (Supervisor's Name: Capt. Ibrahim Al-Buty.)
Internal Revenue Service
Room # 2710 Federal Building
Second & Marion
Seattle, WA 98104
U.S.A.
Dates Employed: 04/1988-11/1989
Grade Level: GS-5
Hours per Week: 40

Legal Clerk, 0904
Assisting attorneys in the preparation of litigation. Word processing of pleadings filed before
the United States Tax Court, the United States District Court and other state and federal courts.
Management of the law library. Management of the office supply inventory.
Law Firm of McKinney, Stringer & Webster
Oklahoma City, OK
U.S.A.
Dates Employed: 06/1983-06/1984
Hours per Week: 20

Law Librarian

0056

Management and cataloging of law library materials using Library of Congress Classification and Subject Headings.
University of Oklahoma Law School Library
Norman, OK
Dates Employed: 06/1982-05/1983
Hours per Week: 20


Law Library Intern
Working in rotation in all functional areas of the law library.
EDUCATION:

University of Oklahoma Graduate College
Norman, OK 73019
U.S.A.
Master of Library Science, 1985
Major: Library Science

Cameron University
Lawton, OK 73505
U.S.A.
B.A., 1982
130 Semester Hours
Major: History
Minor: Music
GPA: 3.46 out of 4.00

University of Oklahoma Law School
Norman, OK 73019
U.S.A.
50 Semester Hours
Major: Law

Oklahoma City University Law School
Oklahoma City, OK
U.S.A.
15 Semester Hours
Major: Law
JOB-RELATED TRAINING COURSES:

Library cataloging using AACR2, Library of Congress Subject Headings and Classification.
Microsoft Office Suite.
JOB-RELATED SKILLS:

Microsoft Office Suite. Typing speed 60 WPM.
JOB-RELATED HONORS, AWARDS, MEMBERSHIPS, ETC.:
28 SEP 99 Commander's Coin Award for Performance Improvement Initiative, 20th Medical Group, Shaw Air Force Base, South Carolina.

0057

President's Honor Roll, Cameron University, Lawton, Oklahoma.

Dean's Honor Roll, Cameron University, Lawton, Oklahoma.

Institutional Scholarship in History, Cameron University, Lawton, Oklahoma.

Catholic Foundation of Oklahoma Scholarship, Oklahoma City, Oklahoma.
SUPPLEMENTAL INFORMATION:

EEO CATEGORIES

Hispanic, minority male over the age of 40 years.

PUBLICATIONS

Book review of Kaplan, Robert D. 'The Arabist: the Romance of an American Elite.' New York: Free Press, 1993 in v. 118 'Library Journal,' p. 90, September 15, 1993. Also in 'Book Review Digest 1994,' New York: H. W. Wilson Co. 1995, p. 1071.

LIBRARY SERVICE PHILOSOPHY

'We are not afraid to entrust the American people with unpleasant facts, foreign ideas, alien philosophies, and competitive values. For a nation that is afraid to let its people judge the truth and falsehood in an open market is a nation that is afraid of its people.'
-- John F. Kennedy

Back to List
1 of 1  Previous | Next

Add Activity    Email Resume    Edit Info    Delete Candidate    Add to Folder

Copyright©1997-2004 Webhire Inc. All rights reserved.

0058