**LINDABURY, MCCORMICK & ESTABROOK**
53 Cardinal Drive
P.O. Box 2369
Westfield, N.J. 07091
(908) 233-6800
**Attorneys For Defendants**
JHS-1451

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| JOHN HORTON | : CIVIL ACTION NO.:04-5658 (JAG) |
| Plaintiff, | : |
| -vs- | : **ORDER FOR SUMMARY JUDGMENT** |
| ROSS UNIVERSITY SCHOOL OF MEDICINE, et al | : |
| Defendants | : |

This matter having been opened to the Court by Lindabury, McCormick & Estabrook, attorneys for defendants Ross University School of Medicine, Dr. Jorge Rios and Michelle Fried, on an application for the entry of Summary Judgment against the plaintiff in accordance with Fed. R. Civ. Proc. 56, and in the presence of John Horton, *pro se*; and the Court having considered the papers submitted, the arguments of counsel and for other good cause shown

IT IS on this        day of                , 2005

ORDERED that Summary Judgment be entered in favor of the defendants and against the plaintiff, John Horton; and it is

330787v1

FURTHER ORDERED that a true copy of this Order shall be served upon all parties

within _____ days from the date hereof.

_____
Hon. Joseph A. Greenaway, Jr., U.S.D.J.

330787v1