**LINDABURY, MCCORMICK & ESTABROOK**
53 Cardinal Drive
P.O. Box 2369
Westfield, N.J. 07091
(908) 233-6800
Attorneys For Defendants
JHS-1451

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| JOHN D. HORTON<br><br>Plaintiff,<br><br>-vs-<br><br>ROSS UNIVERSITY SCHOOL OF MEDICINE, JORGE RIOS, M.D. AND MICHELLE FRIED<br><br>Defendants. | CIVIL ACTION NO.: 04-5658 (JAG)<br><br>**CERTIFICATION OF PAUL H. MAZER** |

Paul Mazer, of full age, does hereby certify that:

1. I am an attorney at law in the State of New Jersey and am associated with the law firm of Lindabury, McCormick & Estabrook. I am personally familiar with the facts set forth herein.

2. As an Associate of the law firm of Lindabury, McCormick & Estabrook, I attended the deposition of the Plaintiff, John Horton, on May 13, 2005 in our law offices in Westfield, New Jersey.

3. Plaintiff is not dark skinned nor a "colored male."

4. Plaintiff speaks English very articulately and does not speak with an "accent of an Hispanic" male, or with any other discernable accent.

337002v1

I certify that the foregoing statements made by me are true. I am aware that if the statements are willfully false, that I am subject to punishment by this Court.

Paul H. Mazer

Dated: September 13, 2005