UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| JOHN D. HORTON, | : | |
| Plaintiff | : | |
| v. | : | Civil Action No. 04-5658 (JAG) |
| | : | **ORDER** |
| ROSS UNIVERSITY SCHOOL OF MEDICINE, et al., | : | **CLOSED** |
| Defendants. | : | |

**GREENAWAY, JR., U.S.D.J.**

This matter having come before the Court on the motion for summary judgment by Defendants Ross University Medical School, Jorge Rios, M.D., and Michelle Fried, as well as the cross-motion for summary judgment by Plaintiff John Horton, pursuant to FED. R. CIV. P. 56; and it appearing that this Court reviewed the parties' submissions; and for the reasons set forth in the accompanying Opinion, and good cause appearing,

IT IS on this 30th day of March, 2006,

ORDERED that Defendants' motion for summary judgment (Docket Entry No. 10) is DENIED, as to the claim for breach of contract; and it is further

ORDERED that Defendants' motion for summary judgment (Docket Entry No. 10) is GRANTED, as to all claims other than the claim for breach of contract; and it is further

ORDERED that Plaintiff's cross-motion for summary judgment (Docket Entry No. 11) is GRANTED, as to the claim for breach of contract, and judgment is entered for Plaintiff in the amount of $0.00; and it is further

ORDERED that Plaintiff's cross-motion for summary judgment (Docket Entry No. 11) is DENIED, as to all claims other than the claim for breach of contract; and it is further

ORDERED that Plaintiff's motion for assignment of counsel (Docket Entry No. 11) is DENIED as moot; and it is further

ORDERED that a copy of this Order be served on the parties within seven (7) days of the entry of this Order.

 S/Joseph A. Greenaway, Jr.
JOSEPH A. GREENAWAY, JR., U.S.D.J.